IN RE AMENDMENT TO RULES CREATING AND CONTROLLING OKLAHOMA BAR ASSOCIATION
2024 OK 68
Case Number: SCBD-7739
Decided: 09/30/2024
THE SUPREME COURT OF THE STATE OF OKLAHOMA

Cite as: 2024 OK 68, __ P.3d __

IN RE: Amendment to the Rules Creating and Controlling the Oklahoma Bar Association

ORDER

This matter comes on befire this Court upon Application by the Oklahoma Bar Association House of Delegates for approval of amendments to Article VIII, Section 1 of the Rules Creating and Controlling the Oklahoma Bar Association by increasing the amount of annual dues.

The Court finds that it has jurisdiction over this matter and the amendment to Article VIII, Section 1 of the Rules Creating and Controlling the Oklahoma Bar Association. The Application is granted to the extent set forth in Exhibit A attached hereto, effective January 1, 2025.

 

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 30th DAY OF SEPTEMBER, 2024.

/S/CHIEF JUSTICE

Kane, C.J., Kauger, Winchester, Edmondson, Combs, Gurich and Darby, JJ., concur;

Rowe, V.C.J. and Kuehn, J., dissent.

 

 

 EXHIBIT A

RULES CREATING AND CONTROLLING THE OKLAHOMA BAR ASSOCIATION

ARTICLE VIII

Section 1. ANNUAL DUES. The annual dues for each member of the Association shall be based upon the financial requirements of the Association including maintenance of an adequate reserve fund for contingencies and emergencies.

Until otherwise provided the annual dues for each active member shall be $350 per year; except that dues for active members who have been admitted to practice in any State less than three (3) years, as of the first day of January of the dues paying year, shall be $150 for each such year. All dues shall be due and payable, on or before January 2 of each year, to the Executive Director of the Association. Persons admitted to the Bar of this State after January 2 of any year shall not be liable for dues until January 2 of the following year. Nothing in these rules shall prevent the establishment of Sections with the approval of the Board of Governors, nor the charging of voluntary dues to members of any such Section.

 

 

EXHIBIT A

RULES CREATING AND CONTROLLING THE OKLAHOMA BAR ASSOCIATION

ARTICLE VIII

Section 1. ANNUAL DUES. The annual dues for each member of the Association shall be based upon the financial requirements of the Association including maintenance of an adequate reserve fund for contingencies and emergencies.

Until otherwise provided the annual dues for each active member shall be <strike>$275</strike> $350 per year; except that dues for active members who have been admitted to practice in any State less than three (3) years, as of the first day of January of the dues paying year, shall be <strike>$137.50</strike> $150 for each such year. All dues shall be due and payable, on or before January 2 of each year, to the Executive Director of the Association. Persons admitted to the Bar of this State after January 2 of any year shall not be liable for dues until January 2 of the following year. Nothing in these rules shall prevent the establishment of Sections with the approval of the Board of Governors, nor the charging of voluntary dues to members of any such Section.

 

 

<!--END DOCUMENT-->